THE RUSSELL LUMBER COMPANY *vs.* J. E. SMITH AND
COMPANY, INCORPORATED.

Third Judicial District, Bridgeport, October Term, 1909.
BALDWIN, C. J., HALL, PRENTICE, THAYER and RORABACK, JS.

This court has no jurisdiction over an appeal from the denial of a motion
to stay the issue of an execution, such action not being a final judg-
ment; and therefore such an appeal will be erased from the docket.

Argued October 28th—decided December 17th, 1909.

ACTION to recover for lumber sold and delivered, brought
to and tried by the Superior Court in New Haven County,
*George W. Wheeler, J.;* judgment having been rendered for
the plaintiff, the defendant, more than two years there-
after, moved for a stay of execution thereon, from a denial
of which by *Shumway, J.,* it appealed. *Appeal erased from
docket.*

*John O'Neill,* for the appellant (defendant).

*George E. Beers,* for the appellee (plaintiff).

PER CURIAM. This is a motion, made two years after
final judgment had been rendered in the action, asking for
a stay of execution therein. The ground of the motion is
that the judgment is merged in a judgment obtained by
the plaintiff on *scire facias* against the Waterbury National
Bank, who was factorized in this action as the debtor of
the defendant. If such be the fact, the defendant has a
remedy in the nature of an equitable action or of *audita
querela.* A proceeding in either of these ways would result
in a final judgment, from which an appeal is provided by
statute. The statute provides for appeals only from final
judgments. The present appeal is not from such a judg-
ment. It was therefore unwarranted and improper, and
gives to this court no jurisdiction over the case. The appeal
is erased from the docket.